**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 350
Parsippany, New Jersey 07054-4663
(973) 734-3200
Attorneys for Defendant Wal-Mart Stores East, LP
(improperly pled as Wal-Mart Stores East, Inc. d/b/a Walmart Superstore)
By: Nada M. Peters, Esq.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVELYN EVANS,<br><br>      Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, INC. D/B/A WALMART SUPERSTORE,<br><br>      Defendant. | CIVIL ACTION NO.: 2:19-CV-10450-ES-MAH<br><br><br><br>**CONSENT ORDER VACATING CLERK'S ENTRY OF DEFAULT** |

This matter having come before the Court upon the application of d'Arcambal Ousley & Cuyler Burk LLP, attorneys for Defendant, Wal-Mart Stores East, LP (improperly pled as Wal-Mart Stores East, Inc. d/b/a Walmart Superstore) (hereinafter "Defendant"), in connection with the above matter, for an Order vacating default, and counsel for Plaintiff having indicated consent hereto, and good cause having been shown,

It is on this 23rd day of October 2019,

**ORDERED** that:

1. The Clerk's default entered against Defendant, for failure to answer be and hereby is vacated.

2. The Clerk is hereby directed to file the Answer of Defendant, attached hereto as Exhibit A.

_____
Hon. Esther Salas, U.S.D.J.
The Clerk is ordered to terminate docket entry number 7.

Consented to by:

/s/ Nada M. Peters
_____
Nada M. Peters, Esq.
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Attorneys for Defendant Wal-Mart Stores East, LP
(improperly pled as Wal-Mart Stores East, Inc. d/b/a Walmart Superstore)

_____
Kevin Scott Volkommer, Esq.
**CAITLIN ROBIN & ASSOCIATES, PLLC**
Attorneys for Plaintiff, Evelyn Evans